

# NUMBERS 13-19-00517-CV, 13-20-00378-CV, 13-20-00379-CV, 13-20-00380-CV & 13-20-00381-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE GUARDIANSHIP OF SHELLEY THOMSON A/K/A SHELLEY SUE THOMSON, AN INCAPACITATED PERSON

On appeal from the County Court at Law
of Comal County, Texas.

# ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

Appellants Jo Ann Rivera, Shelly Thompson, and Philip Ross, filed notices of appeal in appellate cause number 13-19-00517-CV from several judgments entered on May 31, 2019, July 17, 2019, August 19, 2019, and October 31, 2019, by the County Court of Comal County, Texas, in a guardianship proceeding. Selene Smith joined appellants' notice of appeal of the October 31, 2019 order.

As a general rule, appeals may be taken only from final judgments. *In re Guardianship of Glasser*, 297 S.W.3d 369, 372 (Tex. App.—San Antonio 2009, no pet.) (citing *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)). However, probate and guardianship proceedings are often exceptions to the "one final judgment" rule. *In re Guardianship of Benavides*, 403 S.W.3d 370, 374 (Tex. App.—San Antonio 2013, pet. denied) (citing *De Ayala v. Mackie*, 193 S.W.3d 575, 578 (Tex. 2006)). "In probate and guardianship proceedings, 'multiple judgments final for purposes of appeal can be rendered on certain discrete issues.'" *See id*. Thus, we must determine whether each order challenged in this appeal finally disposed of all issues raised in the trial court which ended a discrete phase of the guardianship proceedings making the order final for purposes of appeal and whether the appellants timely filed a notice of appeal for each of the trial court's orders. *See id*. (citing *Logan v. McDaniel*, 21 S.W.3d 683, 689 (Tex. App.—Austin 2000, pet. denied)).

Accordingly, the appeal with respect to the May 31, 2019 order is hereby SEVERED from cause number 13-19-00517-CV and placed into appellate cause number 13-20-00378-CV styled *In The Guardianship of Shelley Thompson a/k/a Shelley Sue Thompson, an Incapacitated Person*, the appeal of the July 17, 2019 order is hereby SEVERED from cause number 13-19-00517-CV and placed into appellate cause number 13-20-00379-CV, styled *In The Guardianship of Shelley Thompson a/k/a Shelley Sue Thompson, an Incapacitated Person*. Furthermore, the appeal of the August 19, 2019 order is hereby SEVERED from cause number 13-19-00517-CV and placed into appellate cause number 13-20-00380-CV, styled *In The Guardianship of Shelley Thompson a/k/a Shelley Sue Thompson, an Incapacitated Person*.

In addition, Smith is not a party to the October 31, 2019 order; therefore, we hereby SEVER Smith's attempted appeal of the October 31, 2019 order in cause number 13-19-000517-CV and place Smith's attempted appeal into appellate cause number 13-20-00381-CV.

The appeal with respect to appellants Jo Ann Rivera, Shelly Thompson, and Philip Ross of the October 31, 2019 order remains docketed under the original cause number 13-19-00517-CV and will proceed in due course.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of September, 2020.